FILED
April 28, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:15-mj-00097-KJN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| THOMAS J. HILL, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Thomas J. Hill</u>; Case <u>2:15-mj-00097-KJN</u> from custody and for the following reasons:

    <u>X</u>    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    ___    Unsecured Appearance Bond in the amount of $

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>4/28/2015</u> at <u>2:20 PM</u>.

By _____
Kendall J. Newman
United States Magistrate Judge